IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES of AMERICA

    Appellee

v.                                                 No. 24-4563

QINBIN CHEN

    Appellant

### APPELLANT QINBIN CHEN'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE OPENING BRIEF AND JOINT APPENDIX

Appellant Qinbin Chen, by counsel, pursuant to Fed. R. App. P. 26(b), respectfully moves this Court for entry of an Order granting him an extension of sixty (60) days to file his opening brief and the joint appendix, and in support thereof states as follows:

1. this Court entered an Order on March 6, 2025 extending the time for appellant Qinbin Chen to file his opening brief and joint appendix by March 24, 2025;

2. Mr. Chen is in the process of engaging new counsel to represent him in this appeal. He wishes for such counsel to assist him with filing the opening brief;

3. Mr. Chen wants to participate and discuss with counsel the issues to be presented and to review the

draft of the brief before it is submitted to the Court;

4. the only method of providing Mr. Chen with drafts of the brief is through the U.S. mail, which is time consuming due to delays in delivery of mail to his location in a U.S. Prison. The facility has a screening process for all mail, and periods of lockdown further delay communications. Mr. Chen's unit was in lockdown for fifteen (15) days over the past few weeks;

5. though Mr. Chen has some ability with the English language his first language is Mandarin. Transcription of the briefs will be necessary;

6. phone calls to discuss the brief must be scheduled. It can sometimes take one to two weeks for a prison counselor to schedule and provide a phone conference;

7. counsel for the government represented that it does not oppose this motion for an extension of sixty (60) days to file appellant's opening brief and joint appendix;

8. neither party to this appeal will suffer prejudice by appellant Chen's requested extension, and

the interests of justice will be served by providing him the opportunity to communicate with his counsel about the issues to be presented on his appeal.

Wherefore appellant Qinbin Chen, by counsel, respectfully requests this Court to enter an Order granting him an extension to May 20, 2025 to file his opening brief and the joint appendix herein.

                                Qinbin Chen
                                  appellant, by counsel

/s/ Mark Bodner
Mark Bodner, Esquire
4041 University Drive
   Suite 403
Fairfax, Virginia 22030-3411
counsel for appellant
   Qinbin Chen
(703) 385-6667
fax (703) 385-6654
Virginia Bar No. 19516
rendob@gmail.com

<u>Certificate of Service</u>

I certify that on March 20, 2025 I will electronically file the foregoing appellant Qinbin Chen's motion for second extension to file opening brief and joint appendix using the CM/ECF system, which will send notice of such filing to the following

registered CM/ECF users:

        Christopher Hood, Esquire
        Assistant United States Attorney
        Daniel Honold, Esquire
        Assistant United States Attorney
        United States Attorneys Office
        Eastern District of Virginia
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Christopher.Hood2@usdoj.gov
        Daniel.Honold@usdoj.gov

          /s/ Mark Bodner
          Mark Bodner, Esquire