IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

    Appellee,

v.                                       Docket No.:

QINBEN CHEN,

    Appellant.

## APPELLANT'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

COMES NOW Appellant, QINBEN CHEN, by counsel, and pursuant to Fed.R.App.P. 26(b), respectfully moves this Honorable Court for entry of an Order extending the time for him to file his opening brief for thirty (30) days, until June 19, 2025, and in support thereof submits the following:

1. Currently, the opening brief is due on or before May 20, 2025.

2. In review of the issues to be presented to the Court, Counsel needs to include two additional hearing transcripts to the Joint Appendix.

3. Counsel also as unexpected out-of-state travel at the beginning of May.

4. Counsel also requests time to discuss the issues being presented to the Court with Mr. Chen in the Opening Brief before it is submitted.

5. The only method to provide Mr. Chen with the drafts of the brief are through the US Mail, which is time-consuming due to some delays in

delivery of mail in the US prison where Mr. Chen is located, i.e., there is a screening process for all mail, and there are periods of lockdown where communications are delayed.

6. Although Mr. Chen has some ability with the English language, he primarily speaks Mandrin and explaining the briefs will take additional time and may include an interpreter.

7. Phone calls to discuss the brief need to be scheduled and can take one to two weeks before a time is provided by the Counselor at the federal facility where Mr. Chen is located.

8. The government does not oppose this motion.

9. No party will be prejudiced by this request, and it will serve the interests of justice.

**WHEREFORE**, for the foregoing reasons, Appellant QINBEN CHEN requests that this Honorable Court grant him an extension of thirty (30) days' time – until June 19, 2025, to file his Opening Brief.

Respectfully submitted,

QINBEN CHEN
Appellant
By Counsel

GreenbergCostle & Bradley, PC
By:


_____/S/_____
Cary S. Greenberg, Esq., VSB 27456
8027 Leesburg Pike, Ste. 302
Tysons Corner, VA 20194
(703) 448-3007
(703) 821-1144 facsimile
csg@greenbergcostle.com


## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 2, 2025, a true and accurate copy of the foregoing was filed and served on all parties entitled to notice via CM/ECF, including the following counsel of record:

Christopher Hood
Assistant United States Attorney
United States Attorney's Office


Mark Bodner
CJA Counsel



_____/S/_____
Cary S. Greenberg